| Attorney or Party without Attorney:<br>SHARTSIS FRIESE LLP<br>ANTHONY B. LEUIN (SBN 95639)<br>1 MARITIME PLAZA 18TH FLOOR<br>SAN FRANCISCO , CA 94111<br>　Telephone No: (415) 421-6500<br>　Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: TKG MANAGEMENT INC. AND PINCAY RE, LLC<br>Defendant: CHUBB CUSTOM INSURANCE COMPANY AND CHUBB NORTH AMERICA |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-CV-10986 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES ; CIVIL COVER SHEET; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE BY A UNITED STATES MAGISTRATE;

3. a. Party served: CHUBB NORTH AMERICA
   b. Person served: DAISY MONTENEGRO, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 818 W 7TH STREET SUITE 930, LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jan 10 2020 (2) at: 02:55 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
   　1202 Howard Street
   　SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. **The Fee** for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

01/15/2020
(Date)                               (Signature)



PROOF OF SERVICE

4173921
(7682939)