SHARTSIS FRIESE LLP
ANTHONY B. LEUIN (Bar #95639)
aleuin@sflaw.com
JOHN J. STEIN (Bar #253777)
jstein@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiffs TKG Management Inc. and Pincay RE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TKG Management Inc., a Missouri Corporation, and Pincay RE, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>Chubb Custom Insurance Company and Chubb North America,<br><br>Defendants. | Case No. 2:19-cv-10986-AB (AS)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER; MEMORANDUM IN SUPPORT**<br><br>Date: September 15, 2020<br>Time: 10:00 a.m.<br>Courtroom: 540<br><br>Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Hon. Alka Sagar<br><br>Complaint Filed: December 31, 2019 |

# NOTICE OF MOTION AND MOTION

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on September 15, 2020 at 10:00 a.m. or as soon thereafter as this motion can be heard, Plaintiffs TKG Management Inc. and Pincay RE, LLC ("Plaintiffs") will and hereby do move, pursuant to Federal Rules of Civil Procedure, Rule 26, for entry of the protective order submitted herewith.

This motion is based on this Notice of Motion and Motion and Plaintiffs' supporting Memorandum In Support, the Declaration of Felicia Draper, the Proposed Protective Order, all pleadings and papers on file with the Court in this action, and on such other matters as may be presented to the Court at or before the hearing of this motion.

DATED: August 14, 2020    SHARTSIS FRIESE LLP

By: */s/ Anthony B. Leuin*
ANTHONY B. LEUIN

Attorneys for Plaintiffs TKG Management Inc. and Pincay RE, LLC

Plaintiffs TKG Management Inc. ("TKG") and Pincay RE, LLC ("Pincay") (collectively, "Plaintiffs") move the Court for entry of the [Proposed] Protective Order submitted herewith, pursuant to Federal Rules of Civil Procedure, Rule 26. In support hereof, Plaintiffs state the following:

1. This action seeks recovery under an Environmental Liability Insurance policy (the "Policy") issued to TKG by Defendant Chubb Custom Insurance Company. The Policy, with $5 million limits, covered, *inter alia*, "clean-up costs" from a "pollution incident" or "illicit abandonment." Among the Policy's covered sites was a parcel owned by Pincay (the "Pincay Property"), an additional insured under the Policy. The Pincay Property is one of multiple properties that form SoFi Stadium and Hollywood Park, the future home of the Los Angeles Rams and Los Angeles Chargers and a major entertainment destination. The Pincay Property, previously a parking lot, will be used as a parking lot that supports the stadium, which will predominantly be on 238 acres land adjoining the Pincay Property.

2. Discovery in this action will involve the production of a significant amount of materials that contain the confidential business and financial information of Plaintiffs, which materials are likely to also contain the confidential business and financial information of unrelated third parties and of third parties related to Plaintiffs. If such information were exposed to public view, Plaintiffs and other third parties would be subjected to an undue risk of harm and loss with regard to that information. Accordingly, Plaintiffs wish to ensure that their confidential information, and that of third parties, will not be used for any purpose other than this action and will not be disseminated in any manner except to the extent necessary for the purposes of prosecution or defense of this action.

3. Federal Rules of Civil Procedure, Rule 26(c) expressly authorizes the entry of a protective order to protect confidential commercial information. *See* Fed. R. Civ. Proc. 26(c)(1)(G) ("The court may, for good cause, issue an order to

protect a party from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following: … requiring that … confidential … commercial information not be revealed or be revealed only in a specified way.") and *Milliner v. Bock Evans Fin. Counsel, Ltd.*, 2020 U.S. Dist. LEXIS 53990, at *3 (N.D. Cal. Mar. 27, 2020) (protection of confidential commercial information authorized by FRCP 26).

4. The proposed Protective Order submitted herewith is modeled after an exemplar protective order posted by this Court and by other Judges in the United States District Court, Central District of California. Declaration of Felicia Draper, filed concurrently herewith, ¶ 2.

5. The only changes made to the exemplar protective order are as follows:

   a. Section 1.B.: Edited to include/exclude specific information that applies to this action.
   b. Section 2.1: Applicable language adopted.
   c. Section 4: Applicable paragraph adopted.
   d. Section 5.2.c.: Edited to enlarge the time period in which the designation of deposition testimony is permitted.
   e. Exhibit A: Edited to add relevant information and delete instruction language.
   f. Deletion of references to "Stipulated" Protective Order.

*Id.*, ¶ 3 and Ex. A.

6. Plaintiffs' counsel provided counsel for Defendants Chubb and Chubb North America (collectively, "Defendants") a draft of the proposed protective order, and sought agreement for entry of a stipulated protective order. *Id.*, ¶ 4 and Ex. B.

7. Defendants' counsel declined to stipulate, but stated that Defendants did not intend to oppose this motion. *Id.*, ¶ 5 and Ex. B.

- 4 -

8. WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court enter the [Proposed] Protective Order submitted concurrently herewith.

DATED: August 14, 2020         SHARTSIS FRIESE LLP

By: */s/ Anthony B. Leuin*
    ANTHONY B. LEUIN

Attorneys for Plaintiffs TKG Management Inc. and Pincay RE, LLC

8743093