SHARTSIS FRIESE LLP
ANTHONY B. LEUIN (Bar #95639)
aleuin@sflaw.com
JOHN J. STEIN (Bar #253777)
jstein@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza
Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:   (415) 421-6500
Facsimile:    (415) 421-2922

Attorneys for Plaintiffs TKG Management Inc. and Pincay RE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TKG Management Inc., a Missouri Corporation, and Pincay RE, LLC, a Delaware Limited Liability Company,<br><br>             Plaintiffs,<br><br>v.<br><br>Chubb Custom Insurance Company and Chubb North America,<br><br>             Defendants. | Case No. 2:19-cv-10986-AB (AS)<br><br>**DECLARATION OF FELICIA DRAPER IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**<br><br>Date:            September 15, 2020<br>Time:            10:00 a.m.<br>Courtroom:   540<br><br>Judge:            Hon. André Birotte Jr.<br>Magistrate Judge:   Hon. Alka Sagar<br><br>Complaint Filed:   December 31, 2019 |

I, FELICIA DRAPER, declare as follows:

1. I am an attorney with the law firm Shartsis Friese LLP, counsel for Plaintiffs TKG Management Inc. and Pincay RE, LLC ("Plaintiffs") in the above-captioned action. I submit this Declaration in support of Plaintiffs' Motion for Protective Order, filed concurrently herewith. I have personal knowledge of the facts stated herein, except as to matters stated on the basis of information and belief, and I believe such matters to be true. If called as a witness, I would testify as to the matters stated herein.

2. I prepared the Proposed Protective Order submitted herewith, which is modeled after an exemplar protective order posted online by this Court and by other Judges in the United States District Court, Central District of California.

3. The only changes I made to the exemplar protective order are shown in redlining in the attached **Exhibit A**, and are as follows:

   a. Section 1.B.: Edited to include/exclude specific information that applies to this action.
   b. Section 2.1: Applicable language adopted.
   c. Section 4: Applicable paragraph adopted.
   d. Section 5.2.c.: Edited to enlarge the time period in which the designation of deposition testimony is permitted.
   e. Exhibit A: Edited to add relevant information and delete instruction language.
   f. Deletion of references to "Stipulated" Protective Order.

4. Prior to filing this Motion for Protective Order, I emailed counsel for Defendants Chubb Custom Insurance Company and Chubb North America (collectively, "Defendants") a draft of the proposed protective order, and sought agreement for entry of a stipulated protective order.

5. Defendants' counsel declined to stipulate, but stated that Defendants did not intend to oppose this motion.

- 1 -

1  6. Attached as **Exhibit B** is a true and correct copy of the email exchange I had with Defendants' counsel regarding the protective order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and of my personal knowledge. Executed this 14th day of August, 2020, at San Rafael, California.

                                                       */s/ Felicia Draper*
                                                    FELICIA DRAPER

8748286

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598