1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TKG Management Inc., a Missouri Corporation, and Pincay RE, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>Chubb Custom Insurance Company and Chubb North America,<br><br>Defendants. | Case No. 2:19-cv-10986-AB (AS)<br><br>**ORDER GRANTING STIPULATED APPLICATION TO CONTINUE JUNE 29, 2021 TRIAL AND PRETRIAL DEADLINES**<br><br>Judge:   Hon. André Birotte Jr.<br><br>Complaint Filed:   December 31, 2019 |

---

Case No.
2:19-cv-10986-AB (AS)

ORDER GRANTING STIP TO CONTINUE JUNE 29, 2021
TRIAL AND PRETRIAL DEADLINES

Pursuant to the Parties' Stipulated Application To Continue June 29, 2021 Trial and Pretrial Deadlines, and good cause having been shown, the Court grants the Application and adopts the following Amended Schedule of Pretrial and Trial Dates:

### JUDGE ANDRÉ BIROTTE JR.
### AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Trial and Final Pretrial Conference Dates | | Court Order mm/dd/yyyy |
|---|---|---|
| Trial | | 10/26/2021 at 8:30 a.m.<br>☒ Jury Trial<br>☐ Court Trial<br>5-6 Day(s) |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine | | 10/08/2021 at 11:00 a.m. |
| **Event**<br>*Note*: Hearings shall be on Fridays at 10:00 a.m.<br>Other dates can be any day of the week | **Weeks Before FPTC** | **Court Order mm/dd/yyyy** |
| Last Date to **Hear** Motion to Amend Pleadings/Add Parties *[Friday]* | | N/A |
| Non-Expert Discovery Cut-Off | 17 | 06/11/2021 |
| Expert Disclosure (Initial) | | 05/11/2021 |
| Expert Disclosure (Rebuttal) | | 06/11/2021 |
| Expert Discovery Cut-Off | 12 | 07/16/2021 |
| Last Date to **Hear** Motions *[Friday]*<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | 07/16/2021 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | 07/30/2021<br>☐ 1. Magistrate Judge<br>☐ 2. Court's Mediation Panel<br>☒ 3. Private Mediation |

| | | |
|---|---|---|
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 | 09/17/2021 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 09/24/2021 |

IT IS SO ORDERED.

Dated: December 22, 2020

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

8838724