UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL    JS-6

| Case No. | **CV 19-10986-TJH(ASx)** | Date | JANUARY 19, 2022 |
|---|---|---|---|

| Title | TKG Management Inc. et al v. Chubb Custom Insurance Company et al |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, this case is hereby dismissed with prejudice per the Stipulation [42] to dismiss. All hearings are taken off calendar. Case is now closed.

IT IS SO ORDERED.

cc: all parties

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>ys</u> |
|---|---|---|